

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Vivian Lejbman, individually and on behalf of all others similarly situated<br><br>         **Plaintiff,**<br>       V.<br>Transnational Foods, Inc., a Florida corporation; Conservas Cerqueira, S.A., a foreign corporation<br><br>         **Defendant.** | **Civil Action No.** 17-cv-01317-CAB-MDD<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Lacking subject matter jurisdiction over this case, Defendants' motions to dismiss are Granted. Accordingly, it is hereby Ordered that Plaintiff's individual claims and the ones she asserts on behalf of the California class are Dismissed Without Prejudice to re-filing in state court. It is So Ordered.

Date:  5/15/18             CLERK OF COURT
                      JOHN MORRILL, Clerk of Court
                      By: s/ J. Gutierrez
                              J. Gutierrez, Deputy